**Attorney:** HACH ROSE SCHIRRIPA & CHEVERIE, LLP **PH:** (212) 213-8311
**Address:** 112 MADISON AVENUE NEW YORK, NY 10016

| | |
|---|---|
| MARVIN GERBER AND KALMA KOENIG, on behalf of themselves and all others similarly situated | **Index Number:** 1:18-cv-07580-JPO |
| *vs* | **Date Filed:** 08/22/2018 |
| THE FINANCIAL TRUST COMPANY., ETAL., | **Client's File No.:** |
| *Plaintiff* ... *Defendant* | **Court Date:** |

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:
**SCHADRAC LAGUERRE**, being sworn says:

# AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **8/22/2018**, at **4:19 PM** at: **9 EAST 71st STREET, NEW YORK, NY 10021** Deponent served the within **Summons in A Civil Action, Initial Complaint with Exhibits A and B**

On: **JEFFREY E. EPSTEIN**, therein named.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☒ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to Refused Name (Concierge) a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [X] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there

☐ **#4 Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described in said aforementioned document as said defendant and knew said individual to be thereof.

☒ **#5 MAILING**
On 08/24/2018, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [X] Actual Place of Residence [] Actual Place of Business, **9 EAST 71st STREET, NEW YORK, NY 10021** and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ **#6 DESCRIPTION**
| | | | |
|---|---|---|---|
| **Sex**: Male | **Color of skin**: Brown | **Color of hair:** Black   **Glasses:** | |
| **Age**: 36-50 | **Height**: 5ft 9in - 6ft 0in | **Weight**: 131-160 Lbs. | **Other Features**: |

☒ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#9 OTHER**

Sworn to before me on 08/24/2018

_____
**JAY BRODSKY**
Notary Public State of New York
No. 31-4683271
Qualified in New York County
Commission Expires Feb. 2, 2019

_____
SCHADRAC LAGUERRE
2026030-DCA

ABC Process Serving Bureau Inc., 225 Broadway, Suite 2950, New York, NY 10007