# Exhibit I

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7 5 16

STEVEN JUDE HOFFENBERG, *individually
and as constructive trustee of the Noteholders
and Bondholders of Towers Financial
Corporation*,

                                    Plaintiff,

          -v-

JEFFREY E. EPSTEIN, *et al.*,

                                    Defendants.

No. 16-cv-3989 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of a letter from Plaintiff, dated July 1, 2016, stating that he is withdrawing his complaint with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). (Doc. No. 22.)  Accordingly, IT IS HEREBY ORDERED THAT this case is dismissed with prejudice but without costs.  IT IS FURTHER ORDERED THAT all conferences and deadlines are adjourned indefinitely.  The Clerk of the Court is respectfully requested to close this case.

SO ORDERED.

Dated:     July 5, 2016
           New York, New York

                         RICHARD J. SULLIVAN
                         UNITED STATES DISTRICT JUDGE