UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARVIN GERBER AND KALMA KOENIG, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br>　　　v.<br><br>THE FINANCIAL TRUST COMPANY, XYZ CORPORATION, ABC, INC., and JEFFREY E. EPSTEIN,<br><br>　　　　　　　　　　Defendants. | Index No. 1:18-CV-07580<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a) |

**PLEASE TAKE NOTICE**, that MARVIN GERBER AND KALMA KOENIG, on behalf of themselves and all others similarly situated, by and through their Counsel, hereby voluntarily dismiss the above-captioned action, *without prejudice*, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The dismissal is without costs to any party and this notice may be filed with the Clerk of the Court without further notice.

Dated: New York, New York
　　　　October 5, 2018

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**HACH ROSE SCHIRRIPA & CHEVERIE LLP**

　　　　　　　　　　　　　　　　　　　　By: */s/ Hillary M. Nappi*
　　　　　　　　　　　　　　　　　　　　Frank R. Schirripa
　　　　　　　　　　　　　　　　　　　　Daniel B. Rehns
　　　　　　　　　　　　　　　　　　　　Hillary M. Nappi
　　　　　　　　　　　　　　　　　　　　112 Madison Avenue, 10th Floor
　　　　　　　　　　　　　　　　　　　　New York, New York 10016
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 213-8311
　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 779-0028
　　　　　　　　　　　　　　　　　　　　Email: *fschirripa@hrsclaw.com*
　　　　　　　　　　　　　　　　　　　　　　　　*drehns@hrsclaw.com*
　　　　　　　　　　　　　　　　　　　　　　　　*hnappi@hrsclaw.com*

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I, Hillary M. Nappi, Esq., Counsel for MARVIN GERBER AND KALMA KOENIG, on behalf of themselves and all others similarly situated, hereby certify that on October 5, 2018, I filed a true and correct copy of the foregoing with the Clerk of the Court for the United States District Court for the Southern District of New York via the Court's ECF/CM system, which automatically notifies all counsel of record in the above-captioned matter.

*/s/ Hillary M. Nappi*
Hillary M. Nappi